PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Greg McCormack WINCHELL |
| **Docket Number:** | 2:92CR00191-01 |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/09/1992 |
| **Original Offense:** | 18 USC 2113 (a) - Bank Robbery (Four Counts)<br>(CLASS C FELONIES) |
| **Original Sentence:** | 150 months Bureau of Prisons, as to each count to run concurrently; 3 years supervised release; $14,600 restitution; $200 special assessment |
| **Special Conditions:** | Warrantless search; Monthly restitution payments; Correctional treatment, to include testing; Mental health counseling |
| **Other Court Action:** | |
| <u>03/14/2001</u>: | The Court reduced the amount of restitution ordered to the victim, Wells Fargo Bank, from $9,500 to $6,864.80. The total amount of restitution the defendant has been ordered to pay is now $11,964.80. |
| <u>12/29/2004</u>: | After the defendant tested positive for methamphetamine and amphetamine, testing at a higher rate was imposed and individual drug counseling was required. Other than those sanctions, the probation officer recommended that no further action be taken and the Court approved the probation officer's plan. |
| <u>03/08/2005</u>: | After the defendant once again tested positive for methamphetamine and amphetamine, he was admonished and directed to attend a sanction group. |

RE:     **Greg McCormack WINCHELL**
        **Docket Number:  2:92CR00191-01**
        **REPORT OF OFFENDER NON-COMPLIANCE**

|  |  |
|---|---|
|  | No other action was recommended and the Court approved the probation officer's plan. |
| <u>12/07/2005</u>: | The defendant tested positive for amphetamine and methamphetamine.  The Court modified his conditions of supervised release and ordered him to comply with the conditions of home detention for a period not to exceed 90 days. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/28/2003 |

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The probation officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.     **IRREGULAR RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  The defendant has made payments toward his restitution obligation but it is anticipated he will not fulfill this financial obligation before he terminates from supervision.  The defendant was ordered to pay $11,964.80 and as of this date, he has paid $1,650.  The defendant was making minimal, sporadic payments due to his employment status but since he started working full time, his payments have increased and during this past year, he has paid $1,250.

**United States Probation Officer Plan/Justification:**  The term of supervised release cannot be extended in that the defendant has served the maximum term, 3 years.  It is recommended the defendant be allowed to terminate from supervision.  The defendant will

RE:   Greg McCormack WINCHELL
      Docket Number:  2:92CR00191-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

be directed to continue to make payments and the United States Attorney's Office will monitor the case and enforce the debt.

Respectfully submitted,

/s/  Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone:  (916) 930-4305

**DATED:**   December 15, 2005
             Sacramento, California
             KMM/cp

**REVIEWED BY:**   /s/  Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

[ x ]   **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

**Date:  December 15, 2005**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      Mark McKeon, Assistant United States Attorney
      Jeff Staniels, Assistant Federal Defender

Attachment:  PSR (Sacramento only)